UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY J. AHERN, et al.,<br><br>    Defendants. | Case No.  14-cv-02965-LHK   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on October 9, 2014, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff and Plaintiff's Counsel Yolanda Huang and Dennis Cunningham

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    (X) Other: Michael Wenzel and Talia Saypoff

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X) The case has been completely settled.  A telephonic status conference is set for November 18, 2014 at 1:00 p.m.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: October 21, 2014



_____
NANDOR J. VADAS
United States Magistrate Judge