| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Thomas F. Bertrand, SBN 056560<br>Michael C. Wenzel, SBN 215388<br>Bertrand, Fox & Elliot<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California  94109<br>Telephone:  (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email: mwenzel@bfesf.com<br><br>Attorneys for Defendants<br>SHERIFF GREGORY J. AHERN |

**IT IS SO ORDERED**

*Lucy H. Koh*
Judge Lucy H. Koh

KEENAN WILKINS aka
  NEERAH BROWN, AN2387
CSP-SAC
PO Box 290066
Represa, CA 95671
Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>       Plaintiff,<br><br>   v.<br><br>SHERIFF GREGORY J. AHERN, et al.,<br><br>       Defendant. | Case No. 5:14-cv-02965-LHK<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

**SO STIPULATED.**

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE
*Wilkins v. Ahern, et al.*; U.S.D.C. Northern District of CA Case No. 5:14-cv-02965-LHK

| | | |
|---|---|---|
| 1 | Dated: December 10, 2014 | BERTRAND, FOX & ELLIOT |
| 2 | | By: */s/ Michael C. Wenzel* |
| 3 | | Michael C. Wenzel |
| 4 | | Attorneys for Defendants<br>SHERIFF GREGORY J. AHERN |

Dated: Dec. 2 2014          KEENAN G. WILKINS


By:     */s/ Yolanda Huang*
        Yolanda Huang
        Attorney In Fact for Plaintiff
        KEENAN WILKINS


IT IS SO ORDERED AND APPROVED AS OF THE 22nd DAY OF DECEMBER IN 2014.
THE CLERK SHALL CLOSE THE CASE FILE.
Dated:  12/22/2014                By: *Lucy H. Koh*
                                      The Hon. Lucy H. Koh

---

2
STIPULATION OF DISMISSAL WITH PREJUDICE
*Wilkins v. Ahern, et al.*; U.S.D.C. Northern District of CA Case No. 5:14-cv-02965-LHK